United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY LOCKHART,<br>  Petitioner,<br>  v.<br>KIMBERLY SEIBEL,<br>  Respondent. | Case No. 17-07110 EJD (PR)<br>**ORDER OF DISMISSAL** |

Petitioner, a California prisoner, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 6, 2018, the Court issued an order denying Petitioner's application for leave to proceed in forma pauperis, and ordering him to pay the $5.00 filing fee within twenty-eight days. (Docket No. 5.) The deadline has passed, and Petitioner has failed to pay the filing fee. Accordingly, the action is **DISMISSED** without prejudice for failure to pay the filing fee.

**IT IS SO ORDERED.**

Dated: 4/16/2018

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
P:\PRO-SE\EJD\HC.17\07710Lockhart_dism-fee.docx